UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF COLUMBIA UNIVERSITY APARTHEID DIVEST | No. 25-mc-218 |

## NOTICE OF MOTION TO UNSEAL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Unseal, undersigned counsel for The New York Times Company will move this Court on a date and time to be set by the Court for an order unsealing the judicial records at issue.

Dated: May 14, 2025                                                          Respectfully submitted,

*/s/ David E. McCraw*
David E. McCraw
Timothy Tai
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
(212) 556-4031
mccraw@nytimes.com

*Counsel for The New York Times Company*