```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
                                                                     :
                                                                     :
                                                                     :
IN RE: APPLICATION OF THE NEW YORK TIMES                             :
COMPANY IN THE MATTER OF COLUMBIA                                    :     25-MC-218 (JMF)
UNIVERSITY APARTHEID DIVEST                                          :
                                                                     :        ORDER
                                                                     :
                                                                     :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 14, 2025, the New York Times Company ("The Times") filed a motion seeking an order unsealing certain judicial records — namely, materials related to a reported investigation by the U.S. Department of Justice of an organization known as Columbia University Apartheid Divest ("CUAD"). Any opposition to the motion shall be filed by **May 28, 2025**. The Times shall file any reply by **June 5, 2025**.

No later than **May 16, 2025**, The Times shall serve a copy of this Order — electronically and by certified mail — on the U.S. Attorney's Office for the Southern District of New York and docket proof of such service.

SO ORDERED.

Dated: May 15, 2025  
       New York, New York

_____  
JESSE M. FURMAN  
United States District Judge