

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **In Re: Application of the New York Times Company in the Matter of Columbia University Apartheid Divest, 25 MC 218 (JMF)**

Dear Judge Furman:

    We write in response to the Court's May 15, 2025 Order concerning a motion filed by the New York Times Company ("The Times") seeking an order unsealing certain judicial records. *See* Dkt. Nos. 5, 6.[1] The Government does not object to The Times's request to unseal the materials described in its motion, which include search warrant affidavits and court conference transcripts. The Times does not object to limited redactions to protect the name of and background information regarding the affiant for the warrant. With the Court's permission, the Government will submit these limited proposed redactions to the Court under separate cover.

                                                    Sincerely,

                                                    JAY CLAYTON
                                                    United States Attorney

                        By:            /s/
                                              Amanda L. Houle
                                              Criminal Division Chief
                                              (212) 637-2473

cc:  David E. McCraw
      Timothy Tai
      *Counsel for The New York Times Company*
      (Via Email and ECF)

---

[1] The Intercept joined in The Times's request. *See* Dkt. No. 5.