

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

> The New York Times's motion to unseal is GRANTED as unopposed, subject to any redactions that the Court approves. No later than **June 3, 2025**, the Government shall, in accordance with the procedures set forth in the Court's Individual Rules and Practices, file all of the records at issue with its proposed redactions (and any redactions necessary to protect the privacy interests of third parties) highlighted for the Court's *ex parte* review. The Clerk of Court is directed to terminate ECF No. 1. SO ORDERED.
>
> [signature]  May 30, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   In Re: Application of the New York Times Company in the Matter of Columbia University Apartheid Divest, 25 MC 218 (JMF)

Dear Judge Furman:

     We write in response to the Court's May 15, 2025 Order concerning a motion filed by the New York Times Company ("The Times") seeking an order unsealing certain judicial records. *See* Dkt. Nos. 5, 6.[1] The Government does not object to The Times's request to unseal the materials described in its motion, which include search warrant affidavits and court conference transcripts. The Times does not object to limited redactions to protect the name of and background information regarding the affiant for the warrant. With the Court's permission, the Government will submit these limited proposed redactions to the Court under separate cover.

                             Sincerely,

                             JAY CLAYTON
                             United States Attorney

By:            /s/         
      Amanda L. Houle
      Criminal Division Chief
      (212) 637-2473

cc:  David E. McCraw
     Timothy Tai
     *Counsel for The New York Times Company*
     (Via Email and ECF)

---

[1] The Intercept joined in The Times's request. *See* Dkt. No. 5.