UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
:
:
IN RE: APPLICATION OF THE NEW YORK TIMES   :
COMPANY IN THE MATTER OF COLUMBIA          :     25-MC-218 (JMF)
UNIVERSITY APARTHEID DIVEST                :
:               ORDER
:
:
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 4, 2025 Order, ECF No. 13, the Government was required to re-file Exhibit A, with modified redactions, no later than **June 6, 2025**. To date, the Government has failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 12, 2025**. Failure to comply by that deadline may result in sanctions.

      SO ORDERED.

Dated: June 11, 2025
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge