**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 12, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *In re Application of the New York Times Company in the Matter of Columbia University Apartheid Divest*, 25 Misc. 218 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter in response to the Court's June 4 and June 11 Orders (Dkt. 13, 14), which the Government learned of today. Unfortunately, the ECF notices regarding the Court's orders were transmitted to an email account that is no longer active. The Government was not aware of this issue until today and regrets the error, which has been corrected. The Government respectfully requests that the Court's deadline for the Government's response, currently due today, June 12, be extended to Monday, June 16, 2025.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:   /s/
      Amanda L. Houle
      Criminal Division Chief
      (212) 637-2473

cc:   David E. McCraw, Esq.
      Timothy Tai, Esq.
      Counsel for The New York Times Company
      (Via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*[signature]*

June 12, 2025