**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 16, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  ***In re Application of the New York Times Company in the Matter of***
> ***Columbia University Apartheid Divest***, **25 Misc. 218 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter in response to the Court's June 4 Order (Dkt. 13), which directed the Government to refile Exhibit A, the warrant affidavit, with a narrower set of proposed redactions to Paragraph 2.  Enclosed please find a narrower set of proposed redactions to Paragraph 2 of Exhibit A, consistent with the Court's order.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    ___/s/_____
Amanda L. Houle
Criminal Division Chief
(212) 637-2473

cc:    David E. McCraw, Esq.
Timothy Tai, Esq.
Counsel for The New York Times Company
(Via ECF)