**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 16, 2025

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   ***In re Application of the New York Times Company in the Matter of Columbia University Apartheid Divest*, 25 Misc. 218 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter in response to the Court's June 4 Order (Dkt. 13), which directed the Government to refile Exhibit A, the warrant affidavit, with a narrower set of proposed redactions to Paragraph 2. Enclosed please find a narrower set of proposed redactions to Paragraph 2 of Exhibit A, consistent with the Court's order.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney

By:   /s/_____
       Amanda L. Houle
       Criminal Division Chief
       (212) 637-2473

cc:    David E. McCraw, Esq.
        Timothy Tai, Esq.
        Counsel for The New York Times Company
        (Via ECF)

Given that the materials underlying the New York Times's request have been unsealed, there is no reason to keep this miscellaneous case open. The Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

June 17, 2025